NO. 07-03-0200-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 4, 2003

______________________________

IN THE INTEREST OF DAE GENARO LEE GRADY QUINTANILLA, 

A MINOR CHILD

_________________________________

FROM THE 320
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 65,940-D; HON. DON EMERSON, PRESIDING

_______________________________

Memorandum Opinion

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Appellant Kristeen Quintanilla (Kristeen) filed a notice of appeal on May 7, 2003.  However, she did not pay the $125 filing fee required from appellants pursuant to Texas Rule of Appellate Procedure 5.  Nor did she file an affidavit pursuant to Texas Rule of Appellate Procedure 20, which may have relieved her of her duty to pay the fee.  By letter from this Court dated May 9, 2003, we informed Kristeen that "[f]ailure to pay the filing fee may result in a dismissal."  
Tex. R. App. P
. 42.3(c);
 see Holt v. F. F. Enterprises
, 990 S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref'd).  To date, the filing fee of $125 has not been paid.  Consequently, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).  Finally, our having disposed of the case as we do renders moot the request by the Potter County Clerk’s office for an extension of time to file the clerk’s record.

Per Curiam